AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Tuesday, 08 June, 2010  02:05:58 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**ROBERT MICHAEL QUILAN,**
**Petitioner,**

vs.                                                                 Case Number:    **10-2044**

**UNITED STATES OF AMERICA,**
**Respondent.**

⬜ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the petition under 28 U.S.C. §2255 is denied.  Case is terminated.

ENTER this 8th day of June 2010.

s/Pamela E Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK